1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9  Gai Peter Won,

No. CV-14-2622-PHX-JAT (DKD)

10                          Petitioner,

11  v.

**REPORT AND RECOMMENDATION**

12  John Gurule,

13                          Respondent.

14

15  TO THE HONORABLE JAMES A. TEILBORG, SENIOR U.S. DISTRICT JUDGE:

16         Gai Peter Won filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §

17  2241 arguing that he should be released from the custody of U.S. Immigration and

18  Customs Enforcement.  (Doc. 1)  Respondent has informed the Court that Won was

19  released from custody on December 19, 2014.  (Doc. 7)  Thus, Won has received the

20  relief that he had requested.

21         **IT IS THEREFORE RECOMMENDED** that Gai Peter Won's Petition for Writ

22  of Habeas Corpus be **dismissed as moot.**

23         This recommendation is not an order that is immediately appealable to the Ninth

24  Circuit Court of Appeals.  Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules

25  of  Appellate Procedure, should not be filed until entry of the district court's judgment.

26  The parties shall have fourteen days from the date of service of a copy of this

27  recommendation within which to file specific written objections with the Court.  *See*, 28

28  U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure.  Thereafter,

the parties have fourteen days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

Dated this 29th day of May, 2015.

_____
David K. Duncan
United States Magistrate Judge