WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gai Peter Won, | No. CV-14-02622-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| John Gurule, | |
| Respondent. | |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking release from U.S. Immigration and Customs Enforcement. The Magistrate Judge to whom this case was assigned issued a Report and Recommendation recommending that the Petition be dismissed as moot because Petitioner has been released from custody. Neither party filed objections to the Report and Recommendation.

Thus,

**IT IS ORDERED** that the Report and Recommendation (Doc. 8) is accepted and adopted.

**IT IS FURTHER ORDERED** that the Petition is dismissed as moot and the Clerk of the Court shall enter judgment accordingly.

Dated this 15th day of July, 2015.

James A. Teilborg
Senior United States District Judge